UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                      :

AMRA SABIC-EL-RAYESS,                 :

             :

         Plaintiff,        :        24-CV-2891 (JMF)

             :

    -v-          :        ORDER

             :

TEACHERS COLLEGE, COLUMBIA UNIVERSITY,  :

             :

        Defendant.     :

             :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* Docket No. 30, Defendant's earlier motion to dismiss filed at Docket No. 20 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **July 31, 2024**.  Defendant's reply, if any, is due by **August 7, 2024**.  Additionally, the conference currently scheduled for September 10, 2024, *see* ECF No. 29, is ADJOURNED *sine die*.

       The Clerk of Court is directed to terminate Docket No. 20.

       SO ORDERED.

Dated: July 17, 2024
      New York, New York                 JESSE M. FURMAN
                                   United States District Judge