**BOND** SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**REBECCA K. KIMURA**
rkimura@bsk.com
P: (646) 253-2309
F: (646) 253-2301

December 23, 2024

**VIA ELECTRONIC FILING**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

> Re: Sabic-El-Rayess v. Teachers College, Columbia University
> Case No. 24-CV-2891 (JMF)

Dear Judge Furman:

We represent Defendant Teachers College, Columbia University ("Defendant" or "Teachers College") in the above-captioned matter. We write in response to Your Honor's December 19, 2024 Order (ECF Doc. No. 40). Teachers College will oppose Plaintiff's Motion for Leave to File an Amended Complaint.

However, Teachers College respectfully requests an additional week to submit its opposition. The opposition is currently due January 3, 2025. With the requested extension, Teachers College's opposition would be due January 10, 2025. The reason for the request is that Teachers College is closed for the holidays and undersigned counsel will need time to review with the client. Plaintiff's counsel has stated that they do not oppose this request. In the event the requested extension is granted, this should also make Plaintiff's reply (currently due January 10, 2025) due on January 17, 2025.

Thank you for your consideration of this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

_____/s/_____
Rebecca K. Kimura

The request is granted. Defendant's deadline to file its opposition is extended to January 10, 2025. Plaintiff's deadline to file a reply is extended to January 17, 2025. The Clerk of Court is respectfully directed to close Docket Number 41.

SO ORDERED.
Date: December 31, 2024
New York, New York

JOHN P. CRONAN
United States District Judge

CC: Via ECF
    All Counsel of Record