# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**MALLORY A. CAMPBELL**
mcampbell@bsk.com
P: (646) 253-2300
F: (646) 253-2301

January 2, 2025

**VIA ELECTRONIC FILING**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

> Re:    Sabic-El-Rayess v. Teachers College, Columbia University
>        Case No. 24-CV-2891 (JMF)

Dear Judge Furman:

We represent Defendant Teachers College, Columbia University ("Defendant" or "Teachers College") in the above-captioned matter. We write to request a stay of the deadline for Defendant to file an answer to Plaintiff's Second Amended Complaint.

Defendant's answer to Plaintiff's Second Amended Complaint is currently due today. Given that Plaintiff has a pending Motion for Leave to File a Third Amended Complaint, Defendant respectfully requests a stay of the deadline to answer Plaintiff's Second Amended Complaint until a decision has been made on the pending motion. We apologize for the last-minute request as we were unclear whether the deadline was still in effect given the pending motion. Plaintiff's counsel does not oppose this request.

Thank you for your consideration of this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

_____/s/_____
Mallory A. Campbell

Application GRANTED. In the event that leave to amend is denied, Defendant shall file its answer within one week of the Court's ruling. The Clerk of Court is directed to terminate ECF No. 44.

SO ORDERED.

January 2, 2025

CC: Via ECF
     All Counsel of Record

18955246.v1-1/2/25

Attorneys At Law | A Professional Limited Liability Company