UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DR. AMRA SABIC-EL-RAYESS**,<br><br>    *Plaintiff*,<br><br>v.<br><br>**TEACHERS COLLEGE, COLUMBIA UNIVERSITY**,<br><br>    *Defendant.* | **Case No. 1:24-cv-02891-JMF** |

**NOTICE OF FILING OF JOINT LETTER AND CASE MANAGEMENT PLAN**

Pursuant to this Court's January 7, 2025 Order (ECF No. 46) and December 5, 2024 Order (ECF No. 38 at 17), Counsel for Plaintiff Dr. Amra Sabic-El-Rayess and Defendant Teachers College, Columbia University hereby submit the attached (1) Joint Letter in Anticipation of the Parties' January 14, 2025 Initial Pretrial Conference and (2) Proposed Civil Case Management Plan and Scheduling Order.

Dated:  January 9, 2025           Respectfully submitted,

                                          */s/ Alok Nadig*
                                          ALOK NADIG
                                          DAVID SANFORD
                                          MICHAEL PALMER
                                          **SANFORD HEISLER SHARP McKNIGHT, LLP**
                                          17 State Street, 37th Floor
                                          New York, New York 10004
                                          Telephone: (646) 402-5650
                                          anadig@sanfordheisler.com
                                          dsanford@sanfordheisler.com
                                          mpalmer@sanfordheisler.com

                                          HODA KATEBI (admitted *pro hac vice*)
                                          **SANFORD HEISLER SHARP McKNIGHT, LLP**
                                          300 Hamilton Avenue, 5th Floor
                                          Palo Alto, CA 94301

Telephone: (650) 547-5990
hkatebi@sanfordheisler.com

***Attorneys for Plaintiff Dr. Amra Sabic-El-Rayess***


*/s/ Mallory Campbell*
MALLORY CAMPBELL
REBECCA KIMURA
**BOND SCHOENECK & KING PLLC**
600 Third Avenue, 22nd Floor
New York, New York 10016
Telephone: (646) 253-2309
mcapbell@bsk.com
rkimura@bsk.com

***Attorneys for Defendant Teachers College, Columbia University***