UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
AMRA SABIC-EL-RAYESS, :
:
Plaintiff, :
: 24-CV-2891 (JMF)
-v- :
: MEMORANDUM OPINION
TEACHERS COLLEGE, COLUMBIA UNIVERSITY, : AND ORDER
:
Defendant. :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon review of the parties' motion papers, Plaintiff's motion for leave to amend her complaint — which is more properly characterized as a motion for leave to supplement her complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure — is GRANTED. *See* ECF No. 36. As Defendant concedes, "Plaintiff's proposed amendments do not create a new cause of action, they are merely additional allegations that support her causes of action that have already passed the pleading stage for retaliation." ECF No. 49, at 8. Accordingly, there is little point in parsing whether or to what extent Plaintiff's new allegations could or would independently support her claims. *See also, e.g.*, *Griffin v. Cnty. Sch. Bd. of Prince Edward Cnty.*, 377 U.S. 218, 226-27 (1964); *Wang v. New York City Dep't of Youth & Cmty. Dev.*, No. 21CV6271 (LGS) (VF), 2024 WL 1174723, at *6 (S.D.N.Y. Mar. 19, 2024). Plaintiff shall, no later than **January 27, 2025**, file her amended complaint as a standalone document on ECF.

      The Clerk of Court is directed to terminate ECF No. 39.

      SO ORDERED.

Dated: January 22, 2025
       New York, New York
                                        JESSE M. FURMAN
                                  United States District Judge