UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. AMRA SABIC-EL-RAYESS, <br><br> *Plaintiff*, <br><br> v. <br><br> TEACHERS COLLEGE, COLUMBIA UNIVERSITY, <br><br> *Defendant.* | Case No. 1:24-cv-02891-JMF <br><br><br> **NOTICE OF FILING OF THIRD AMENDED COMPLAINT** |

In its January 22, 2025 Memorandum Opinion and Order, ECF No. 53, this Court granted Plaintiff Dr. Amra Sabic-El-Rayess's Motion for Leave to File a Third Amended Complaint, ECF No. 39, against Defendant Teachers College, Columbia University ("Defendant" or "TC"). Along with her Motion and pursuant to Local Civil Rule 15.1(a) and Individual Rule 1.B, Plaintiff submitted a clean copy of the Proposed Third Amended Complaint, ECF No. 39-1, as well as a redline version, ECF No. 39-2, showing the changes made between the Second Amended Complaint, ECF No. 26, and the Proposed Third Amended Complaint.

In the Proposed Third Amended Complaint that Plaintiff filed on December 18, 2024, Plaintiff described correspondence that she had sent to Caroline Ebanks (TC's Vice Dean for Research) to which Plaintiff had not received any response. *See* ECF No. 39-1, at ¶¶ 248–250. Since December 18, 2024, however, Ms. Ebanks has responded to Plaintiff's correspondence. Accordingly, Plaintiff has revised Paragraphs 248 and 250 of the Third Amended Complaint to reflect this factual development. Plaintiff also modified Paragraph 22 of the Third Amended Complaint to clarify certain communications with TC in 2023. The revisions to Paragraphs 22, 248, and 250 are the only substantive revisions that Plaintiff has made to the version of the Third

1

Amended Complaint that Plaintiff filed on December 18, 2024. ECF No. 39-1.

Attached as Exhibit A to this Notice, please find a redline showing changes made between the filing of the Second Amended Complaint on June 26, 2024 and the filing of the Third Amended Complaint today on January 27, 2025.

Attached as Exhibit B to this Notice, please find a redline showing changes made between the filing of the Proposed Third Amended Complaint on December 18, 2024 and the filing of the Third Amended Complaint today on January 27, 2025.

Dated:  January 27, 2025            Respectfully submitted,

*/s/ Alok Nadig*
ALOK NADIG
DAVID SANFORD
MICHAEL PALMER
**SANFORD HEISLER SHARP McKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
anadig@sanfordheisler.com
dsanford@sanfordheisler.com
mpalmer@sanfordheisler.com