## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DR. AMRA SABIC-EL-RAYESS**, <br><br> *Plaintiff*, <br><br> v. <br><br> **TEACHERS COLLEGE, COLUMBIA UNIVERSITY**, <br><br> *Defendant*. | **Case No. 1:24-cv-02891-JMF** |

### NOTICE OF FILING OF STIPULATION AND PROPOSED ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION ("ESI")

Counsel for Plaintiff Dr. Amra Sabic-El-Rayess and Defendant Teachers College, Columbia University hereby submit the attached Stipulation and Proposed Order Regarding Production of Electronically Stored Information ("ESI").

Dated: March 25, 2025

Respectfully submitted,

*/s/ Mallory Campbell*
MALLORY CAMPBELL
REBECCA KIMURA
**BOND SCHOENECK & KING PLLC**
600 Third Avenue, 22nd Floor
New York, New York 10016
Telephone: (646) 253-2309
mcampbell@bsk.com
rkimura@bsk.com

***Attorneys for Defendant Teachers College, Columbia University***

*/s/ Alok Nadig*
ALOK NADIG
DAVID SANFORD
MICHAEL PALMER
MIRANDA KATZ
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
anadig@sanfordheisler.com
dsanford@sanfordheisler.com
mpalmer@sanfordheisler.com
mkatz@sanfordheisler.com

***Attorneys for Plaintiff Dr. Amra Sabic-El Rayess***