April 8, 2025

**VIA ECF**
Judge Jesse M. Furman
United States District Court
Southern District of New York

  Re: *Dr. Amra Sabic-El-Rayess v. Teachers College, Columbia University*, **No. 1:24-cv-02891-JMF (S.D.N.Y.)**

Dear Judge Furman:

  The Court's Civil Case Management Plan and Scheduling Order provides: "The parties shall file a joint letter by April 10, 2025 indicating whether they would like the Court to refer the case to the assigned Magistrate Judge and/or the Court mediation program for settlement purposes and, if so, approximately when they believe a settlement conference should be held." ECF No. 50 at 5.

  Pursuant to this provision in the Court's Civil Case Management Plan and Scheduling Order, the parties hereby submit this letter to explain as follows:

1. The parties would not like the Court to refer this case to the assigned Magistrate Judge.

2. With regard to the Court mediation program, the parties believe that any further action on that front is unnecessary. The parties have a mediation session with Andrew Berman (the mediator) scheduled for May 27, 2025.

                Respectfully,

*/s/ Mallory Campbell*
MALLORY CAMPBELL
REBECCA KIMURA
**BOND SCHOENECK & KING PLLC**
600 Third Avenue, 22nd Floor
New York, New York 10016
Telephone: (646) 253-2309
mcampbell@bsk.com
rkimura@bsk.com

*Attorneys for Defendant Teachers College, Columbia University*

*/s/ Alok Nadig*
ALOK NADIG
DAVID SANFORD
MICHAEL PALMER
MIRANDA KATZ
**SANFORD HEISLER SHARP MCKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
anadig@sanfordheisler.com
dsanford@sanfordheisler.com
mpalmer@sanfordheisler.com
mkatz@sanfordheisler.com

*Attorneys for Plaintiff Dr. Amra Sabic-El-Rayess*