UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
AMRA SABIC-EL-RAYESS,  :
:
                Plaintiff,  :
:     24-CV-2891 (JMF)
    -v-  :
:     ORDER
TEACHERS COLLEGE, COLUMBIA UNIVERSITY,  :
:
                Defendant.  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- With the exception of the issue concerning Dr. Levin, referenced below, fact discovery is now closed.

- Defendant's letter motion seeking additional time to depose Plaintiff, ECF No. 110; *see also* ECF No. 118, is DENIED.

- Plaintiff's letter motion to compel Defendant to produce teaching evaluations from 2020 to the present for Plaintiff's alleged comparators, ECF No. 111, is DENIED.

- Plaintiff's letter motion to seal, ECF No. 119, is GRANTED TEMPORARILY; the Court will reassess the propriety of sealing the documents in question after Defendant files its response in due course.

- Defendant's letter motion to preclude Plaintiff from relying on any communications with Dr. Levin for all purposes of this litigation, ECF No. 118, is DENIED without prejudice to renewal after the parties meet and confer to narrow or resolve Defendant's request, whether in accordance with Plaintiff's proposed compromise, *see* ECF No. 120, at 3, or otherwise.

- The Court adopts the parties' proposed word limits and briefing schedule for their anticipated motion and cross-motion for summary judgment, ECF No. 112, at 3. Accordingly, Defendant's motion shall be filed no later than **December 1, 2025**; Plaintiff's opposition and cross-motion shall be filed by **December 22, 2025**; Defendant's reply and opposition is due by **January 15, 2026**; and Plaintiff's reply is due by **January 27, 2026**. Plaintiff shall confer with Defendant before filing her cross-motion to determine whether Defendant plans to assert the affirmative defenses as to which she would move for summary judgment.

2

The Clerk of Court is directed to terminate ECF Nos. 110, 111, 118, 119.

SO ORDERED.

Dated: September 22, 2025
      New York, New York

                                             JESSE M. FURMAN
                                        United States District Judge