# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**MALLORY A. CAMPBELL**
mcampbell@bsk.com
P: (646) 253-2300
F: (646) 253-2301

September 27, 2025

**VIA ELECTRONIC FILING**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

      Re:    Sabic-El-Rayess v. Teachers College, Columbia University
                Case No. 24-CV-2891 (JMF)

Dear Judge Furman:

    We represent Defendant Teachers College, Columbia University ("Defendant" or "Teachers College") in the above-referenced matter. We write pursuant to Your Honor's Rule 7(c)(i) to request to file Exhibits C and D to Defendant's Letter Motion to Strike under seal.

    Both Exhibits C and D show a comparison of Dr. Alleman's (Plaintiff's expert) report produced on September 15, 2025 and Dr. Alleman's supplemental reports produced on September 24, 2025 and September 26, 2025. Plaintiff has labeled these documents as "confidential" so Defendant understands that Plaintiff expects any filing of these documents be done under seal. Defendant has met and conferred with Plaintiff and Plaintiff has confirmed that these documents should be filed under seal.

    Plaintiff is aware that pursuant to this Court's Rule 7(c)(i), Plaintiff must file, within three business days, a letter explaining the need to seal these exhibits.

    Thank you for your consideration of this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

_____/s/_____
Mallory A. Campbell

CC: Via ECF
      All Counsel of Record

---

*The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 126.*

SO ORDERED.

[signature]

September 29, 2025

22344927.v1-9/27/25

*Attorneys At Law | A Professional Limited Liability Company*