**BOND** SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**MALLORY A. CAMPBELL**
mcampbell@bsk.com
P: (646) 253-2300
F: (646) 253-2301

December 1, 2025

**VIA ELECTRONIC FILING**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

         Re:    Sabic-El-Rayess v. Teachers College, Columbia University
                Case No. 24-CV-2891 (JMF)

Dear Judge Furman:

We represent Defendant Teachers College, Columbia University ("Defendant" or "Teachers College") in the above-referenced matter. We write pursuant to Your Honor's Rule 7(c)(i) to request to file all exhibits to Defendant's Memorandum of Law in Support Of Its Motion to Preclude The Expert Testimony of Plaintiff's Expert under seal.

Exhibits A and D contain medical records from Plaintiff's therapist, Jennifer Cohn, LCSW produced pursuant to subpoena. Exhibits B and E contain excerpts from the depositions of Jennifer Cohn and Dr. Mark Lerner, respectively. Exhibit C the Expert Report or Dr. Mark Lerner dated September 15, 2025. Plaintiff has labeled these documents as "confidential" so Defendant understands that Plaintiff expects any filing of these documents to be done under seal. Defendant has met and conferred with Plaintiff and Plaintiff has confirmed that these documents should be filed under seal.

Plaintiff is aware that pursuant to this Court's Rule 7(c)(i), Plaintiff must file, within three business days, a letter explaining the need to seal these exhibits.

Thank you for your consideration of this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

_____/s/_____

Mallory A. Campbell

The motion to file under seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions. The Clerk of Court is directed to terminate ECF No. 154.

SO ORDERED.

December 1, 2025

Attorneys At Law | A Professional Limited Liability Company

22666018.v2-12/1/25