**BOND** SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**MALLORY A. CAMPBELL**
mcampbell@bsk.com
P: (646) 253-2300
F: (646) 253-2301

December 15, 2025

**VIA ELECTRONIC FILING**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

        Re:    Sabic-El-Rayess v. Teachers College, Columbia University
               Case No. 24-CV-2891 (JMF)

Dear Judge Furman:

We represent Defendant Teachers College, Columbia University ("Defendant" or "Teachers College") in the above-referenced matter. We write pursuant to Your Honor's Rule 7(c)(i) to request to file Exhibits A and B to Defendant's Opposition to Plaintiff's Motion to Exclude under seal.

Exhibit A contains excerpts from the deposition of Dr. Jacqueline Bashkoff. Exhibit B contains excerpts from the deposition of Dr. Mark Lerner. Plaintiff has labeled these documents as "confidential" so Defendant understands that Plaintiff expects the filing of any part of these transcripts to be done under seal. Plaintiff is aware that pursuant to this Court's Rule 7(c)(i), Plaintiff must file, within three business days, a letter explaining the need to seal these exhibits.

Thank you for your consideration of this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*/s/ Mallory A. Campbell*

Mallory A. Campbell

CC: Via ECF
    All Counsel of Record

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions. The Clerk of Court is directed to terminate ECF No. 184.

SO ORDERED.

December 15, 2025

22743368.v1-12/15/25