

**Sanford Heisler
Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Alok Nadig,* Senior Litigation Counsel
646-768-7059
anadig@sanfordheisler.com

New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

December 22, 2025

VIA ELECTRONIC FILING

Re:    *Sabic-El-Rayess v. Tchrs. Coll., Columbia Univ.*, No. 1:24-cv-02891-JMF (S.D.N.Y.)

Dear Judge Furman:

Plaintiff Dr. Amra Sabic-El-Rayess hereby moves to file under seal Exhibits P8, P27, P47, P52, P53, P64, P68, P69, P91, P95, P97, P103, P120, P125, P132, and P133 to the forthcoming Declaration of Alok Nadig in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment (the "Nadig Declaration"). Plaintiff additionally moves to redact all quoted language from Exhibits P8, P27, P47, P52, P53, P64, P68, P69, P91, P95, P97, P103, P120, P125, P132, and P133 to the Nadig Declaration in Plaintiff's forthcoming Memorandum of Law and Counter 56.1 Statement in Opposition to Defendant's Cross-Motion for Summary Judgment and in Support Plaintiff Cross-Motion for Summary Judgment. Plaintiff further moves to file partially redacted versions of Exhibits P46, P80, P93, and P158 to the Nadig Declaration. Pursuant to this Court's Individual Rule #7(C)(iii), Plaintiff has highlighted the proposed redactions in the forthcoming unredacted versions of Plaintiff's Memorandum of Law, Counter 56.1 Statement, Exhibit P46, Exhibit P80, Exhibit P93, and Exhibit P158 that she will file under seal.

Exhibits P8, P27, P47, P52, P53, P64, P68, P69, P91, P95, P97, P103, P120, P125, P132, and P133 to the Nadig Declaration are documents that Defendant produced as "confidential" in discovery and that Counsel for Defendant has confirmed that Defendant wants filed under seal.

Exhibits P46 and P158 to the Nadig Declaration are deposition transcript excerpts containing portions of testimony that Defendant marked as confidential. Plaintiff has redacted the confidential portions of these deposition transcript excerpts in the forthcoming publicly filed versions of these two exhibits.

Finally, Exhibits P80 and P93 to the Nadig Declaration are documents that Defendant produced as "confidential" in discovery. Although Counsel for Defendant indicated that these two exhibits need not be filed under seal, Counsel for Defendant did request that all references to a specific individual be redacted. So, Plaintiff has redacted all references to that specific individual in the forthcoming publicly filed versions of Exhibits P80 and P93.

Defendant is aware that, pursuant to this Court's Individual Rule #7(C)(i), Defendant must file, within three business days, a letter explaining the need to seal and redact these filings.

Respectfully submitted,

*/s/ Alok Nadig*
ALOK NADIG
DAVID SANFORD
MICHAEL PALMER
CAROLIN GUENTERT
MIRANDA KATZ
**SANFORD HEISLER**
**SHARP MCKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
anadig@sanfordheisler.com
dsanford@sanfordheisler.com
mpalmer@sanfordheisler.com
cguentert@sanfordheisler.com
mkatz@sanfordheisler.com

**Attorneys for Plaintiff Dr. Amra Sabic-El-Rayess**

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 205.

SO ORDERED.

December 22, 2025