# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**MALLORY A. CAMPBELL**
mcampbell@bsk.com
P: (646) 253-2300
F: (646) 253-2301

December 22, 2025

**VIA ELECTRONIC FILING**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

> Re:    Sabic-El-Rayess v. Teachers College, Columbia University
>        Case No. 24-CV-2891 (JMF)

Dear Judge Furman:

We represent Defendant Teachers College, Columbia University ("Defendant" or "Teachers College") in the above-referenced matter. We write pursuant to Your Honor's Rule 7(c)(i) to request to file Exhibit A to Defendant's Reply to its Motion to Preclude under seal.

Exhibit A contains excerpts from the deposition of Dr. Mark Lerner. Plaintiff has labeled this document as "confidential" so Defendant understands that Plaintiff expects the filing of any part of this transcript to be done under seal. Plaintiff is aware that pursuant to this Court's Rule 7(c)(i), Plaintiff must file, within three business days, a letter explaining the need to seal this exhibit.

Thank you for your consideration of this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*/s/ Mallory A. Campbell*

Mallory A. Campbell

CC: <u>Via ECF</u>
    All Counsel of Record

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 208.

SO ORDERED.

December 22, 2025

22775478.v2-12/22/25

Attorneys At Law | A Professional Limited Liability Company