

*Miranda Katz,* Associate
646-401-0475
mkatz@sanfordheisler.com

**Sanford Heisler
Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

December 22, 2025

VIA ELECTRONIC FILING

   Re: *Sabic-El-Rayess v. Tchrs. Coll., Columbia Univ.*, No. 1:24-cv-02891-JMF (S.D.N.Y.)

Dear Judge Furman:

  Plaintiff Dr. Amra Sabic-El-Rayess hereby moves to file under seal Exhibits A, B, C and D to the December 22, 2025 Reply Declaration of Miranda Katz in Support of Plaintiff's Motion to Exclude the Expert Report and Testimony of Dr. Jacqueline Bashkoff, and to redact related portions of her reply. Immediately after filing this Motion to File Under Seal, Plaintiff will (1) file under seal a fully visible and unredacted version of her December 22, 2025 reply, declaration, and accompanying exhibits, and (2) publicly file a not-fully-visible and partially redacted version of her December 22, 2025 reply, declaration, and accompanying exhibits.

  Exhibit A is the expert report of Dr. Bashkoff. Exhibit B is excerpts from Dr. Bashkoff's deposition. Exhibit C is the expert report of Dr. Mark Lerner. Exhibit D is treatment records from Plaintiff's treating therapist.

  Plaintiff has addressed the need to seal these exhibits in her December 1, 2025 letter motion to seal and her December 4, 2025 letter response to Defendant's December 1, 2025 letter to the court. *See* Dkt. Nos. 164, 179. Plaintiff incorporates by reference her arguments in those letters. Plaintiff respectfully requests that all exhibits to the December 22, 2025 Reply Declaration of Miranda Katz remain filed under seal, and that the corresponding portions of her reply remain redacted.

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions. The Clerk of Court is directed to terminate ECF No. 199.

SO ORDERED.

*[signature]*

December 22, 2025

Respectfully submitted,

*/s/ Miranda Katz*
MIRANDA KATZ
DAVID SANFORD
MICHAEL PALMER
CAROLIN GUENTERT
ALOK NADIG
**SANFORD HEISLER
SHARP MCKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
mkatz@sanfordheisler.com
dsanford@sanfordheisler.com

mpalmer@sanfordheisler.com
cguentert@sanfordheisler.com
anadig@sanfordheisler.com

***Attorneys for Plaintiff Dr. Amra Sabic-El-Rayess***