

*Alok Nadig,* Partner
646-768-7059
anadig@sanfordheisler.com

**Sanford Heisler
Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

January 27, 2026

VIA ELECTRONIC FILING

 Re: *Sabic-El-Rayess v. Tchrs. Coll., Columbia Univ.*, No. 1:24-cv-02891-JMF (S.D.N.Y.)

Dear Judge Furman:

 Plaintiff Dr. Amra Sabic-El-Rayess hereby moves to file under seal the forthcoming unredacted versions of Plaintiff's Reply in Support of Plaintiff's Cross-Motion for Summary Judgment ("Plaintiff's Reply"), *see* Dkt. No. 206, and Plaintiff's Opposition to Defendant Teachers College, Columbia University's Motions to Strike Excerpts of Plaintiff's Declaration, Miles Allen's Declaration, and Miles Allen's Call Notes ("Plaintiff's Opposition"), *see* Dkt. Nos. 226, 228. Both Plaintiff's Reply and Plaintiff's Opposition will contain citations to quoted content in Defendant's Target of Opportunity or "TOO" policy that Defendant marked as "confidential" in discovery and that Defendant produced at DEF000923–24. Plaintiff's Counsel has confirmed that Defendant's Counsel wishes for any unredacted versions of these two filings to be under seal. Pursuant to this Court's Individual Rule #7(C)(iii), Plaintiff has highlighted the proposed redactions in the forthcoming sealed and unredacted versions of Plaintiff's Reply and Plaintiff's Opposition. Defendant is aware that, pursuant to this Court's Individual Rule #7(C)(i), Defendant must file, within three business days, a letter explaining the need to seal and redact these filings.

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 243.

 SO ORDERED.

*[signature]*

January 27, 2026

Respectfully submitted,

*/s/ Alok Nadig*
ALOK NADIG
DAVID SANFORD
MICHAEL PALMER
CAROLIN GUENTERT
MIRANDA KATZ
**SANFORD HEISLER
SHARP MCKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
anadig@sanfordheisler.com
dsanford@sanfordheisler.com
mpalmer@sanfordheisler.com
cguentert@sanfordheisler.com
mkatz@sanfordheisler.com

***Attorneys for Plaintiff Dr. Amra Sabic-El-Rayess***