**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DR. AMRA SABIC-EL-RAYESS, <br><br> *Plaintiff*, <br><br> v. <br><br> TEACHERS COLLEGE, COLUMBIA UNIVERSITY, <br><br> *Defendant*. | Case No. 1:24-cv-02891-JMF |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration, and accompanying exhibits, Plaintiff Dr. Amra Sabic-El-Rayess shall move this Court before the Honorable Jesse M. Furman, United States District Judge for the Southern District of New York, 40 Foley Square, Courtroom 1105, New York, New York 10007, at a date and time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 37 striking the Affidavit of Lisa Daehlin, its supporting exhibit, and related portions of Defendant's Reply Memorandum of Law in Support of its Motion for Summary Judgment.

Dated:  January 27, 2026

Defendant is ORDERED to file any opposition to Plaintiff's motion to strike, *see* ECF No. 250, by **February 4**, **2026**. No replies may be filed without prior leave of Court.

SO ORDERED.

*[signature]*

January 27, 2026

Respectfully submitted,

*/s/ Miranda Katz*
MIRANDA KATZ
DAVID SANFORD
MICHAEL PALMER
CAROLIN GUENTERT
ALOK NADIG
**SANFORD HEISLER SHARP McKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650

2

mkatz@sanfordheisler.com
dsanford@sanfordheisler.com
mpalmer@sanfordheisler.com
cguentert@sanfordheisler.com
anadig@sanfordheisler.com

***Attorneys for Plaintiff Dr. Amra Sabic-El-Rayess***

2