

*Alok Nadig,* Partner
(646) 768-7059
anadig@sanfordheisler.com

**Sanford Heisler
Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

March 20, 2026

VIA ELECTRONIC FILING

Re:    *Sabic-El-Rayess v. Tchrs. Coll., Columbia Univ.*, No. 1:24-cv-02891-JMF (S.D.N.Y.)

Dear Judge Furman:

Yesterday, Dr. Don Greif (Plaintiff's proposed new expert to substitute in for Dr. Mark Lerner) informed Plaintiff's Counsel that the list of cases he previously provided us was inadvertently missing two cases in which he provided expert testimony in the past four years. To ensure compliance with Federal Rule of Civil Procedure 26(a)(2)(B)(v), Plaintiff moves to substitute Exhibit H to her Letter Motion to Substitute Emotional Distress Expert, docketed at Dkt. No. 263-8, with the new version of Dr. Greif's report attached to the instant letter motion. The new version of Dr. Greif's report attached to the instant letter motion has the two additional cases included. Plaintiff's Counsel is also attaching a redline that confirms that the only substantive difference between the attached updated report and the prior report is the addition of the two cases. The attached new version and redline have already been served on Defense Counsel.

Respectfully submitted,

*/s/ Alok Nadig*
ALOK NADIG
DAVID SANFORD
MICHAEL PALMER
CAROLIN GUENTERT
MIRANDA KATZ
**SANFORD HEISLER SHARP McKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
anadig@sanfordheisler.com
dsanford@sanfordheisler.com
mpalmer@sanfordheisler.com
cguentert@sanfordheisler.com
mkatz@sanfordheisler.com

***Attorneys for Plaintiff Dr. Amra Sabic-El-Rayess***

Application GRANTED.  The Clerk of Court is directed to terminate ECF Nos. 270 and 271.

SO ORDERED.

March 25, 2026