

**Sanford Heisler**
**Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Alok Nadig,* Partner
(646) 768-7059
anadig@sanfordheisler.com        New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

June 10, 2026

VIA ELECTRONIC FILING

Re:    *Sabic-El-Rayess v. Tchrs. Coll., Columbia Univ.*, No. 1:24-cv-02891-JMF (S.D.N.Y.)

Dear Judge Furman:

Plaintiff Dr. Amra Sabic-El-Rayess hereby moves to file under seal and redact references to Exhibits A, B, C, D, E, F, G, and I to her June 10, 2026 supplemental brief regarding her substitute emotional distress expert. Immediately after filing this Letter Motion to File Under Seal, Plaintiff will (1) file under seal an unredacted version of her June 10, 2026 supplemental brief with fully visible accompanying exhibits, and (2) publicly file a partially redacted version of her June 10, 2026 supplemental brief with versions of Exhibits A, B, C, D, E, F, G, and I containing cover sheets that state "FILED UNDER SEAL."

Exhibit A is an expert report prepared by Dr. Mark Lerner, Plaintiff's original emotional distress expert. Exhibit B is a report from Dr. Jacqueline Bashkoff, Defendant's emotional distress expert. Exhibit C is a rebuttal report from Dr. Bashkoff. Exhibit D is a supplemental reply report prepared by Dr. Lerner. Exhibit E is an expert report prepared by Dr. Don Greif, Plaintiff's substitute emotional distress expert. Exhibit F consists of excerpts from the deposition of Dr. Greif. Exhibit G is a record from Plaintiff's treating therapist. And Exhibit I consists of excerpts from the deposition of Dr. Lerner.

These reports, records, and deposition transcripts contain and/or describe psychological evaluations of Plaintiff and address sensitive information regarding her health, mental health, personal history, and family. Plaintiff has previously addressed the need to seal such documents in her December 1, 2025 letter motion to seal and her December 4, 2025 letter response to Defendant's December 1, 2025 letter to the Court. *See* Dkt. Nos. 164, 179. Plaintiff hereby incorporates by reference her arguments in those filings. Plaintiff respectfully requests that Exhibits A, B, C, D, E, F, G, and I to her publicly filed June 10, 2026 supplemental brief remain filed under seal, and that the corresponding portions of the publicly filed brief remain redacted.

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.  The Clerk of Court is directed to terminate ECF No. 284.

SO ORDERED.

*[signature]*

June 11, 2026

Respectfully submitted,

*/s/ Alok Nadig*
ALOK NADIG
**SANFORD HEISLER SHARP McKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
anadig@sanfordheisler.com

***Attorney for Plaintiff Dr. Amra Sabic-El-Rayess***