

**Sanford Heisler Sharp McKnight**

*Alok Nadig,* Partner
(646) 768-7059
anadig@sanfordheisler.com

**Sanford Heisler
Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

June 17, 2026

VIA ELECTRONIC FILING

Re:    *Sabic-El-Rayess v. Tchrs. Coll., Columbia Univ.*, No. 1:24-cv-02891-JMF (S.D.N.Y.)

Dear Judge Furman:

Plaintiff Dr. Amra Sabic-El-Rayess hereby moves to redact certain content in her forthcoming June 17, 2026 supplemental brief regarding her substitute emotional distress expert, and to file Exhibit A[1] attached thereto under seal. Immediately after filing this Letter Motion to Redact and File Under Seal, Plaintiff will (1) file under seal an unredacted version of her June 17, 2026 supplemental brief with a fully visible Exhibit A attached, and (2) publicly file a partially redacted version of her June 17, 2026 supplemental brief with an attached Exhibit A that contains a cover sheet that states "FILED UNDER SEAL."

The redacted and sealed content contains and/or describes psychological evaluations of Plaintiff and addresses sensitive information regarding her health, mental health, and personal history. Plaintiff has previously addressed the need to redact and seal such documents in her December 1, 2025 letter motion to seal, *see* Dkt. No. 164, and her December 4, 2025 letter response to Defendant's December 1, 2025 letter motion, *see* Dkt. No. 179. Plaintiff hereby incorporates by reference her arguments in those filings. For the reasons asserted above and in Dkt. Nos. 164 and 179, Plaintiff respectfully requests that the unredacted version of her June 17, 2026 supplemental brief, and the Exhibit A attached thereto, remain filed under seal, and that the corresponding portions of the publicly filed brief remain redacted.

*The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 299.*

*SO ORDERED.*

*June 18, 2026*

Respectfully submitted,

*/s/ Alok Nadig*
ALOK NADIG
**SANFORD HEISLER SHARP McKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
anadig@sanfordheisler.com

***Attorney for Plaintiff Dr. Amra Sabic-El-Rayess***

---

[1] Exhibit A contains excerpts from the transcript of Dr. Don Greif's deposition that Plaintiff marked as confidential pursuant to Paragraph 2 of the Stipulation and Order for the Production and Exchange of Confidential Information. *See* Dkt. No. 64.