UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                      :
AMRA SABIC-EL-RAYESS,                                 :
                                                      :
                               Plaintiff,             :
                                                      :            26-CV-2891 (JMF)
               -v-                                    :
                                                      :            ORDER
TEACHERS COLLEGE, COLUMBIA UNIVERSITY,   :
                                                      :
                               Defendant.             :
                                                      :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 26, 2026, the Court issued a Memorandum Opinion and Order directing the parties to, *inter alia*, submit supplemental briefing on the issue of whether and to what extent the report of Plaintiff's substitute expert — Dr. Greif — should be stricken. *See* ECF No. 279. Upon review of the parties' briefs, *see* ECF Nos. 285, 286, 296, and 300, and the underlying expert reports, the Court concludes that the report submitted by Plaintiff's substitute expert covers largely the same ground as the report submitted by her original expert — Dr. Lerner — and that, under the circumstances, it should not be stricken.

That said, given the differences between the expert reports, the Court grants leave to Defendant to file a new motion to preclude the testimony of Dr. Greif and denies the motion to preclude the testimony of Dr. Lerner, ECF No. 159, as moot. Unless and until the Court orders otherwise, Defendant shall file any such motion by **July 10, 2026**, Plaintiff shall file any opposition by **July 24, 2026**, and Defendant shall file any reply by **July 31, 2026**. Additionally, Defendant is granted leave to file a letter, no later than **July 10, 2026**, and not to exceed three pages, supplementing its opposition to Plaintiff's motion to preclude defense expert Dr. Bashkoff, *see* ECF No. 188. Plaintiff may file a response to that letter, also not to exceed three

pages, by **July 17, 2026**.  Defendant's other requests for relief — including the request to permit a new evaluation of Plaintiff by Dr. Bashkoff — are denied.  Finally, the Court agrees with Plaintiff that, given the circumstances (including Plaintiff's payment of some of the costs incurred as a result of the substitution, *see* ECF No. 279), each side should bear its own costs associated with this additional briefing.  *See, e.g.*, *The Board of Tr. Of the Int'l Union of Operating Eng'rs Loc. 825 Pension Fund v. Del. Valley Crane Rental*, No. 17-CV-8567, 2026 WL 1578956, at *3 (D.N.J. June 2, 2026).

The Clerk of Court is directed to terminate ECF No. 159.

SO ORDERED.

Dated: June 26, 2026
       New York, New York

JESSE M. FURMAN
United States District Judge