Sanford
Heisler
Sharp
McKnight

Alok Nadig, Partner
(646) 768-7059
anadig@sanfordheisler.com

**Sanford Heisler**
**Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

July 17, 2026

VIA ELECTRONIC FILING

Re: *Sabic-El-Rayess v. Tchrs. Coll., Columbia Univ.*, No. 1:24-cv-02891-JMF (S.D.N.Y.)

Dear Judge Furman:

Plaintiff Dr. Amra Sabic-El-Rayess hereby moves to redact certain content in her forthcoming July 17, 2026 letter response to Defendant Teachers College, Columbia University's July 10, 2026 filing regarding proposed defense expert Dr. Jacqueline Bashkoff, and to file Exhibit A[1] attached thereto under seal. Immediately after filing this Letter Motion to Redact and File Under Seal, Plaintiff will (1) file under seal an unredacted version of her July 17, 2026 letter response with a fully visible Exhibit A attached, and (2) publicly file a partially redacted version of her July 17, 2026 letter response with an attached Exhibit A that contains a cover sheet that states "FILED UNDER SEAL."

The redacted and sealed content contains and/or describes psychological evaluations of Plaintiff and addresses sensitive information regarding her health, mental health, and personal history. Plaintiff has previously addressed the need to redact and seal such documents in her December 1, 2025 letter motion to seal, *see* ECF No. 164, and her December 4, 2025 letter response to Defendant's December 1, 2025 letter motion, *see* ECF No. 179. Plaintiff hereby incorporates by reference her arguments in those filings. For the reasons asserted above and in ECF Nos. 164 and 179, Plaintiff respectfully requests that the unredacted version of her July 17, 2026 letter response, and the Exhibit A attached thereto, remain filed under seal, and that the corresponding portions of the publicly filed letter response remain redacted.

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 320.

SO ORDERED.

July 17, 2026

Respectfully submitted,

*/s/ Alok Nadig*
ALOK NADIG
**SANFORD HEISLER SHARP McKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004
Telephone: (646) 402-5650
anadig@sanfordheisler.com

***Attorney for Plaintiff Dr. Amra Sabic-El-Rayess***

[1] Exhibit A is a redline between Plaintiff's most recently served expert report from Dr. Don Greif and the prior version.