Sanford Heisler Sharp McKnight

**Sanford Heisler**
**Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Telephone: (646) 402-5650
Fax: (646) 402-5651
www.sanfordheisler.com

*Alok Nadig,* Partner
(646) 768-7059
anadig@sanfordheisler.com

New York | Washington, DC | San Francisco | Palo Alto | Nashville | San Diego

July 24, 2026

VIA ELECTRONIC FILING

Re: *Sabic-El-Rayess v. Tchrs. Coll., Columbia Univ.*, No. 1:24-cv-02891-JMF (S.D.N.Y.)

Dear Judge Furman:

Plaintiff Dr. Amra Sabic-El-Rayess hereby moves to redact certain content in her forthcoming Opposition to Defendant's Motion to Exclude the Expert Opinions and Testimony of Dr. Don Greif and to file Exhibits A, C, D, E, and F attached to the accompanying Declaration of Alok Nadig under seal. Exhibit A contains excerpts from Dr. Greif's deposition transcript. Exhibit C contains excerpts from the deposition transcript of Jennifer Cohn, LCSW, who is Plaintiff's treating therapist. Exhibits D and E contain Ms. Cohn's records describing Plaintiff's treatment in therapy. And Exhibit F contains excerpts from the deposition transcript of Dr. Jacqueline Bashkoff, Defendant's rebuttal expert.

Immediately after filing this Letter Motion to Redact and File Under Seal, Plaintiff will (1) file under seal an unredacted version of her Opposition with a fully visible Exhibits A, C, D, E, and F attached to the accompanying Declaration of Alok Nadig, and (2) publicly file a partially redacted version of her Opposition with versions of Exhibits A, C, D, E, and F that contain cover sheets that state "FILED UNDER SEAL."

The redacted and sealed content contains and/or describes psychological evaluations of Plaintiff and addresses sensitive information regarding her health, mental health, and personal history. Plaintiff has previously addressed the need to redact and seal such documents in her December 1, 2025 letter motion to seal, *see* ECF No. 164, and her December 4, 2025 letter response to Defendant's December 1, 2025 letter motion, *see* ECF No. 179. Plaintiff hereby incorporates by reference her arguments in those filings. For the reasons asserted above and in ECF Nos. 164 and 179, Plaintiff respectfully requests that the unredacted version of her Opposition to Defendant's Motion to Exclude the Expert Opinions and Testimony of Dr. Don Greif, and the Exhibits A, C, D, E, and F attached to the accompanying Declaration of Alok Nadig, remain filed under seal, and that the corresponding portions of the publicly filed Opposition remain redacted.

Respectfully submitted,

*/s/ Alok Nadig*
ALOK NADIG
**SANFORD HEISLER SHARP McKNIGHT, LLP**
17 State Street, 37th Floor
New York, New York 10004

Telephone: (646) 402-5650
anadig@sanfordheisler.com

***Attorney for Plaintiff Dr. Amra Sabic-El-Rayess***

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 325.

SO ORDERED.

July 27, 2026